## Harvilla et al., Appellants, *v.* Mather Collieries.

Argued Novem-

ber 9, 1965. *Kenneth J. Yablonski,* for appellants; *Benjamin Diamond,* Special Assistant Attorney General, *Clyde M. Hughes, Jr.,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee, submitted a brief.

Judgment affirmed.

FLOOD, J., absent.